IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TRENDSETTER INVESTORS, LLC | § § § | |
| **Plaintiff**, | § § | |
| v. | § § | |
| HYPERDYNAMICS CORPORATION, TRENDSETTER PRODUCTION CO., KENT WATTS, MICHAEL WATTS, CHRISTOPHER WATTS AND HARRY BRIERS | § § § § § § § | CIVIL ACTION NO. H-06-0746 |
| **Defendants**. | § | |

## AGREED MOTION FOR DISMISSAL WITH PREJUDICE

COME NOW Plaintiff Trendsetter Investors, LLC ("Plaintiff") and Defendants Hyperdynamics Corporation, Trendsetter Production Co., Kent Watts, Michael Watts, Christopher Watts and Harry Briers ("Defendants"), and file their Agreed Motion for Dismissal with Prejudice and would respectfully show the Court as follows:

All matters of controversy between Plaintiff and Defendants have been resolved and settled, and there no longer exists any necessity for the claims described in this lawsuit. Therefore, all of Plaintiff's claims against Defendants and Defendants' claims against Plaintiff that arise out of the facts alleged in this lawsuit should be dismissed with prejudice.

WHEREFORE, PREMISES CONSIDERED, Plaintiff Trendsetter Investors, LLC and and Defendants Hyperdynamics Corporation, Trendsetter Production Co., Kent Watts, Michael Watts, Christopher Watts and Harry Briers pray the Court dismiss with prejudice their causes of action against each other, and that costs be taxed against each party incurring same.

Respectfully submitted,

BRACEWELL & GIULIANI LLP

By: /s/ Stephen B. Crain (w/permission
 Diane M. Thompson
 Stephen B. Crain
 State Bar No. 04994580
 Ralph D. McBride
 State Bar No. 13332400
 Bradley J. Benoit
 State Bar No. 24012275
 Joseph M. Schreiber
 State Bar No. 24037449
 Diane M. Thompson
 State Bar No. 24046966
711 Louisiana Street, Suite 2300
Houston, Texas 77002
(713) 223-2300 (Telephone)
(713) 221-1212 (Facsimile)

ATTORNEYS FOR PLAINTIFF


CHRISTIAN, SMITH & JEWELL, L.L.P.


By: /s/ Joe E. Luce
 Gary M. Jewell
 State Bar No. 10664800
 Southern District No. 13743
 James W. Christian
 State Bar No. 04228700
 Southern District No. 14514
 Andrew P. Parma
 State Bar No. 00797207
 Southern District No. 557144
 Joe E. Luce
 State Bar No. 12665050
 Southern District No. 5621
2302 Fannin, Suite 500
Houston, Texas 77002
Telephone: (713) 659-7617
Telecopier: (713) 659-7641

ATTORNEYS FOR DEFENDANTS

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing document has been forwarded to counsel of record on the 13th day of June 2007, as follows:

> Joe E. Luce
> Christian, Smith & Jewell, L.L.P.
> 2302 Fannin Street, Suite 500
> Houston, Texas 77002
> ***By Hand Delivery***

                                    /s/ Diane M. Thompson
                                    Diane M. Thompson